**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ADVANCED VASCULAR ASSOCIATES,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,**<br><br>*Defendant.* | **Case No. 2:25-cv-05068-JDW** |

## ORDER

**AND NOW**, this 7th day of April, 2026, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1.      Horizon Blue Cross Blue Shield Of New Jersey's Motion For Judgment On The Pleadings (ECF No. 21) is **GRANTED**;

2.      Advanced Vascular Associates' Cross-Motion To Confirm The Arbitration Award And Stay Discovery (ECF No. 20) is **DENIED**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.